Willian Alberto Gimenez Gonzalez
                                  Plaintiff,

v.                                            Case No.: 1:25−cv−11073
                                                        Honorable John Robert Blakey

Sam Olson
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 23, 2025:

      MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 9/23/2025. As discussed in court, the parties agree that Petitioner was arrested and transported to Broadview on 9/12/2025, and then transferred to Baldwin, Michigan (in the Western District of Michigan) on 9/13/2025. Thereafter, on 9/14/2025, Petitioner filed his habeas petition, [1]. A habeas action must be brought against the immediate custodian, and, when an action is brought in the district court, it must be filed in the district court whose territorial jurisdiction includes the place where the custodian is located. E.g., Rumsfeld v. Padilla, 542 U.S. 426, 441–42, 451 (2004). Although exceptions to these "jurisdictional" rules exist, the undisputed portions of the record in this case provide no factual or legal basis to invoke any such exception. As a result, the Court transfers this matter forthwith to the Western District of Michigan pursuant 28 U.S.C. § 1631 for consideration of the petition [1] and the motion for a temporary restraining order [10]. See also United States v. Prevatte, 300 F.3d 792, 802 (7th Cir. 2002) (transferring a § 2241 petition under § 1631 after determining that the Seventh Circuit was "not the court with jurisdiction to consider a § 2241 petition on Mr. Prevatte's behalf"). Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.